

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-12-00183-CR
_____

DAVID MATTHEW HEFLEY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law
Bowie County, Texas
Trial Court No. 12M1779-CCL

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

## MEMORANDUM OPINION

David Matthew Hefley filed a notice of appeal November 9, 2012, appealing the trial court's refusal to appoint counsel unaffiliated with the Bowie County Public Defender's Office. After a thorough review of the clerk's record, we found no order of any kind.

This Court has jurisdiction over criminal appeals only when expressly granted by law. TEX. CONST. art. V, § 6; *Everett v. State*, 91 S.W.3d 386, 386 (Tex. App.—Waco 2002, no pet.). A timely notice of appeal from a conviction or an appealable order is necessary to invoke this Court's jurisdiction. *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996).

There being no conviction or appealable order in the record, we dismiss this appeal for want of jurisdiction.

Bailey C. Moseley
Justice

Date Submitted:     November 20, 2012
Date Decided:       November 21, 2012

Do Not Publish